UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW IRVIN,<br><br>              Plaintiff,<br><br>    v.<br><br>GOOGLE.COM, et al.,<br><br>              Defendants. | Case No. 23-cv-06659-JSW<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate in Broward County (Florida) Jail proceeding pro se, has filed a civil complaint. Where an alternative forum with greater relation to the defendants or the action exists than the forum in which the action was filed, 28 U.S.C. § 1404(a) allows transfer of a case from one federal district court to another "[f]or the convenience of parties and witnesses, in the interest of justice." Eight Defendants are located in Broward County, one in Defendant is in an unknown location in Florida, one Defendant is located in Los Angeles County, and two Defendants (Youtube and Google) are headquartered within this district. The Plaintiff, the majority of Defendants, and the preponderance of events giving rise to Plaintiff's claims took place in Broward County and Dade County, which lie within the venue of the Southern District of Florida. *See* 28 U.S.C. § 89. Only two of the 12 Defendants are located within this district, and the Court finds virtually no allegations against them in the complaint. Accordingly, the Court finds the Southern District of Florida to have a greater relation to the parties and to this action than the instant forum.

Consequently, in the interest of justice and for the convenience of the parties, IT IS ORDERED that pursuant to 28 U.S.C. § 1404(a) this action be TRANSFERRED to the United

States District Court for the Southern District of Florida.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
JEFFREY S. WHITE
United States District Judge